USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
KOOKMIN BANK CO., LTD., *in its capacity as* :
*trustee of* KTB CRE DEBT FUND NO. 8, *a* :
*Korean Investment Trust, by its agent in Korea* DAOL :
FUND MANAGEMENT CO. *and by its, agent in* :         1:22-cv-5802-GHW
*United States*, REXMARK HOLDINGS LLC :
*d/b/a* REXMARK, :
:         ORDER
:
                        Plaintiff, :
:
        -against- :
:
:
BEN ASHKENAZY, :
:
                        Defendant. :
X
-------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

   This action was removed from the Supreme Court of the State of New York, County of New York, on July 7, 2022. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than July 21, 2022. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

   SO ORDERED.

Dated: July 10, 2022
       New York, New York
                                                    _____
                                                    GREGORY H. WOODS
                                                    United States District Judge