USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
KOOKMIN BANK CO., LTD., *in its capacity as* :
*trustee of* KTB CRE DEBT FUND NO. 8, *a Korean* :
*Investment Trust, by its agent in Korea* DAOL FUND :
MANAGEMENT CO. *and by its, agent in United* :
*States*, REXMARK HOLDINGS LLC *d/b/a* :       1:22-cv-5802-GHW
REXMARK, :
: ORDER
:
        Plaintiff, :
:
    -against- :
:
BEN ASHKENAZY, :
:
        Defendant. :
:
----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

  Defendant's application for an extension of time to answer or otherwise respond to the complaint, Dkt. No. 11, is granted. The deadline for Defendant to answer or otherwise respond to the complaint is extended to September 2, 2022.

  SO ORDERED.

Dated: July 19, 2022
   New York, New York

                     _____
                     GREGORY H. WOODS
                     United States District Judge