EXHIBIT 5

ARTICLE 9 SALE OF 100%
AUCTION

JUNE 14, 2022  11:00 A.M.

Auction
June 14, 2022

1          MR. REIMER:  So I do not have video, so

2      keep that in mind.  Well, I was suggesting

3      before this latest snap that we just do a roll

4      call through the conference room just so

5      Margaret can at least put faces to names as

6      other things may pop up during this.  So I just

7      thought we'd do that.  And really we can get

8      going on it.

9    Dave Dorros -- Cushman & Wakefield

10    Dave Stuart -- Mayor Brown

11    Dennis Massimi -- Mayor Brown

12    Joshua Khakshoor -- Rexmark

13    Michael Rebibo -- Rexmark

14    Chris McGlone -- Cushman & Wakefield

15

16          MR. REIMER:  Good morning.  I want to

17      welcome you all to the sale under Article 9 of

18      the Uniform Commercial Code, as enacted in the

19      State of New York, which I will refer to as the

20      "UCC", of 100% of the limited liability company

21      interest, which I will refer to as the:

22      "Membership Interests," in Union Station

23      Investco, LLC, a Delaware limited liability

24      company, which I will refer to as the "Pledged

25      Entity," together with certain rights and

Auction
June 14, 2022

1    property representing, relating to, or arise

2    from Membership Interests, which I will

3    collectively refer to at time, along with the

4    Membership Interests, as the "Collateral."

5          My name is Craig C. Reimer and I am

6    with the law firm of Mayor Brown, LLP, which is

7    counsel to Kookmin Bank Co., Ltd., as trustee

8    of KTB CRE Debt Fund No. 8, a Korean investment

9    trust, which I will refer to at times as the

10    "Secured Party."

11          Today's date is June 14, 2022 and the

12    time is approximately 11:10 a.m., eastern time.

13          In accordance with Section 10 of the

14    Pledge Agreement documenting the pledge

15    Membership Interests, the auction is being held

16    on the front steps of the New York County of

17    Supreme Court Building, located at 60 Centre

18    Street in New York.

19          Additionally, and in compliance with

20    Section 9-610 of the UCC, qualified parties

21    also were provided with the option of attending

22    the auction in a conference room at the offices

23    of Secured Party's counsel, Mayor Brown LLP,

24    which are located at 1221 Avenue of the

25    Americas, 12th floor in New York.

Auction
June 14, 2022

1          Further, in recognition of the

2     ongoing COVID-19 pandemic and any related

3     limitations on public assembly, virtual

4     attendance at this auction via this online

5     videoconference has been made available.

6          A     This auction, including all proceedings

7    on the courthouse steps and by anyone participating

8    virtually through this videoconference or otherwise

9    attending in our conference room, are being recorded

10    and all statements made on the record will be

11    transcribed by a licensed stenographer who is

12    attending the auction via this videoconference.

13          For the record, we have not received from

14    Secured Party's borrower, Union Station Sole Member

15    LLC, a Delaware limited liability company and which

16    I will refer to at times as the "Debtor."  Any

17    notification that it has either obtained an order

18    for a court of competent jurisdiction enjoining this

19    auction from proceeding or that it filed for

20    bankruptcy.

21          Additionally, prior to the start of

22    today's proceedings we checked on the Pacer system,

23    which covers all Federal court dockets, including US

24    bankruptcy cases.  We did not find any indication on

25    Pacer that the Debtor has filed for bankruptcy.

Auction
June 14, 2022

1          Only qualified bidders and their

2    designated representatives may participate in this

3    auction.  The name of any qualified bidder and its

4    designated representative has been provided to the

5    stenographer.

6          The only qualified bidders and their

7    designated representatives may participate in the

8    this auction.  The name of any qualified bidder and

9    its designated representative has been provided to

10   the stenographer.

11          The only qualified bidder for today's

12   auction is the Secured Party.

13          In order to maintain an orderly auction,

14   only the designated representative of the Secured

15   Party is entitled to bid on behalf of the Secured

16   Party at today's auction.  All other representatives

17   and observers should remain on mute and if anyone

18   wants to speak, please signal so and state your name

19   for the record.

20          At this time I would like to have the

21   designated representative for the Secured Party

22   introduce himself.

23          MR. REBIBO:  Good morning.  My name is

24   Mike Rebibo and I am the Managing Principle of

25          Rexmark, which is the authorized agent of the

1         Secured Party.  I will be action on behalf of

2         that Secured Party, as its designated

3         representative of today's auction.

4              MR. REIMER:  Thank you, Michael.  I also

5         would like to identify the other folks

6         attending today's auction in observational

7         capacities:

8                 First I'd like to introduce some

9         folks from Cushman & Wakefield, which I will

10         refer to as "C&W" and which is serving as the

11         Secured Party's marketing and sale agent with

12         respect to the foreclosure sale.

13                 Attending today's auction from C&W,

14     we have Dave Dorros, who is a Vice Chairman at

15     C&W, as well as Chris McGlone who is a managing

16     director at C&W.

17                 Additional representative of the

18     Secured Party in attendance include:

19         From Rexmark, we have attending on behalf of

20     Secured Party Joshua Khakshoor, who is a senior vice

21     president of Rexmark.

22         From Mayor Brown, we have David Stewart who is

23     a partner and Dennis Massimi who is an associate.

24                 I also want to note for the record

25         that we have attending the auction our licensed

Auction
June 14, 2022

1    auctioneer, Jonathan Cuticelli from Racebrook

2    Marketing Concepts.

3        Additionally we have Margaret Clark,

4    who is a licensed stenographer at U.S. Legal

5    Support, Inc. and who will be marking the

6    Exhibits, making them part of the record and

7    preparing an official transcript of the record

8    made in today's auction.

9        Now I'd like to run through some

10   items concerning the notice of this auction.

11        This is a public foreclosure sale,

12   pursuant to Article 9 of the UCC by the Secured

13   Party under a mezzanine loan agreement dated

14   May 8, 2018 in the original principle amount of

15   $100,000,000 between the debtor and the Secured

16   Party, which I will refer to as Nulo [Mezzanine

17   Loan].

18    A    Payment of the Mezzanine Loan, including

19   all accrued and accruing interests, fees, costs and

20   expenses and other amounts incurred by Secured Party

21   that it is entitled to recover under the terms of

22   its loan documents and applicable law, is secured by

23   a pledge of $100 percent of the Membership Interests

24   in the Pledged Entity, together with certain other

25   related Collateral.

Auction
June 14, 2022

1           The Pledged Entity's principle assets was

2    formerly its ownership of a leasehold interest in

3    the real property commonly known as Washington Union

4    Station, which is located at 40-50 Massachusetts

5    Avenue, NE, Washington, District of Columbia 20002,

6    which I will refer to as the "Leasehold Interest."

7    Title to the Leasehold Interest has vested in the

8    National Railroad Passenger Corporation, which I

9    will refer to as "Amtrak."

10           Pursuant to that certain declaration of

11   taking, filed by Amtrak, in which I will refer to at

12   times as "The Taking."  That was filed by Amtrak on

13   April 14, 2022 in the United States District Court

14   for the district of Columbia, which I will refer to

15   at times as the "District Court."

16           The Pledged Entity is the borrower under

17   a loan in the original principle amount of

18   $330,000,000 that is or, due to the Taking, was

19   formerly secured by a first priority mortgage on the

20   Leasehold Interest, which I will refer to at times

21   as the "Mortgage Loan."

22           The Mortgage Loan has been in default

23   since May of 2020, has been fully accelerated, and

24   is due and owing in its entirety together with all

25   accrued and accruing interest, default interest,

Auction
June 14, 2022

1    fees, costs, and expenses pertaining thereto.

2              Today's auction pertains only to a

3    disposition under Article 9 of the UCC of the

4    Collateral, including the Membership Interests,

5    owned by the Debtor; it is not a sale or other

6    disposition of the Leasehold Interest, which

7    pursuant to Amtrak's Taking, remains the subject of

8    pending litigation in the District Court as Case No.

9    1-22-cv-01043.

10             The Collateral will be sold as a single

11   unit and is offered on an As Is, Where Is, With All

12   Faults basis. The Secured Party makes no guarantee,

13   representation or warranty, express or implied, as

14   to any matter, including as to any matter pertaining

15   to the Collateral.

16             And the sale of the Collateral will be

17   made without recourse to, and without representation

18   or warranty by the Secured Party.

19             The Membership Interests are unregistered

20   securities needed which I'll refer to as per the

21   Securities Act of 1933, as amended, which I will

22   refer to as the "Securities Act."

23             Thus, while the auction will be conducted

24   as a public sale under Article 9 of the UCC, it will

25   be a private sale for the purposes of the Securities

Auction
June 14, 2022

1    Act and any other applicable securities law.

2         Because of this the Second Party required any

3    prospective bidders to confirm via the Participation

4    Statement required under the Terms of Sale that has

5    been provided to all such prospective bidders.

6              That the membership interest will not be

7    further sold, assigned, pledged, disposed of,

8    hypothecated or otherwise transferred without prior

9    registration in accordance with the Securities Act

10    and the securities laws of all other applicable

11    jurisdictions unless an exemption from such

12    registration is available.

13             Following the occurrence and continuation

14    of events of default under the Mezzanine Loan

15    agreement, the Secured Party delivered a notice of

16    event of default and acceleration dated November 12,

17    2021 to the Debtor, which I will refer to as

18    "Default and Acceleration Notice."

19             A copy of the Default and Acceleration

20    Notice has been provided to our stenographer, is

21    being marked as Exhibit 1, and will be made a part

22    of the record for today's auction.

23             By letter dated May 13, 2022, Secured

24    Party provided actual notice of its intent to

25    exercise remedies after default by sending to the

1    debtor and all parties entitled to pursuant to

2    Sections 9-611 through 9-613 of the UCC a notice of

3    disposition of collateral via a public foreclosure

4    sale under Article 9 of the UCC and reservation of

5    rights, which I will refer to at times as the

6    "Foreclosure Notice."

7            Attached to the Foreclosure Notice were

8    full and complete copies of the following documents:

9            First, a UCC Public Sale Notice, which I

10   will refer to as the "Sale Notice."

11           Second, the Terms of Sale for Public

12   Auction (which I will refer to as the "Terms of

13   Sale"), and the five exhibits appended thereto,

14   including:

15           Exhibit A, which contains the defined

16   terms used in the Terms of Sale,

17           Exhibit B, which is the form of

18   Participation Statement that interested bidders

19   (other than Secured Party) were required by the

20   Terms of Sale to complete and submit to C&W.

21           Exhibit C, which is the form of Memorandum

22   of Sale to be used to document the sale of the

23   Collateral to the successful bidder.

24           Exhibit D, which is a form of Transfer

25   Statement pursuant to UCC Section 9-619(including

Auction
June 14, 2022

1     Schedule 1 appended thereto that describes the

2     Collateral in more complete detail)and,

3          Exhibit E, which contains a summary

4     description of the relevant Mezzanine and Mortgage

5     Loan documents.

6          A copy of the Foreclosure Notice,

7     including the Sale Notice, Terms of Sale and all

8     exhibits appended thereto, have been provided to the

9     Stenographer, marked as Exhibit 2 and made a part of

10     the record for today's auction.

11          Additionally, pursuant to Section 10 of

12     the Pledge Agreement, the Secured Party provided

13     another copy of the Sale Notice on June 7, 2022 to

14     the Debtor and all other parties entitled to actual

15     notice of the auction.  A copy of this June 7 Notice

16     has been provided to our stenographer, marked as

17     Exhibit 3 and made a part of the record for today's

18     auction.

19          Today's auction has been widely and

20     reasonably advertised by the Secured Party, which

21     arranged, through C&W to have the Sale Notice

22     published in several publications on multiple dates,

23     which notices I will refer to collectively at the

24     "As-Published Sale Noticed").

25          In particular, the As-Published Sale

1    Notice was advertised in the following publications

2    on the following dates:

3              The Commercial Mortgage Alert on June 3,

4    2022;

5              The New York Times on seven consecutive

6    days beginning on June 6, 2022 and concluding on

7    June 12, 2022; and

8              The Washington Post on June 9, 2022

9    edition.

10             Copies of the As-Published Sale Notices

11   and related certificates and affidavits of

12   publication have been provided to our stenographer

13   are being made a part of this I record collectively

14   as Exhibit 4 and made part of the record for today's

15   auction.

16             Additionally, pursuant to Section 9-611

17   through 9-613 of the UCC, actual copies of the

18   As-Published Sale Notices were provided to the

19   Debtors, and any other parties entitled actual

20   notice, pursuant to that third letter dated June 13,

21   2022, which letter and its attachments have been

22   provided to our stenographer, marked as Exhibit 5,

23   and made part of today's record.

24             In addition to such advertisements of the

25   sale, on May 13, 2022, and e-teaser notice, which

1    contained a link to C&W's marketing website where

2    information concerning the auction of the Collateral

3    and process for obtaining access to due diligence

4    materials for submitting a qualified bid and

5    participating at today's auction, were delivered via

6    email by C&W to a targeted list of 11,082

7    potentially interested parties that C&W identified

8    from its global investor database.

9          Between the launch of the sale process on

10   May 13, 2022 and June 7, 2022, which per the Terms

11   of Sale was the deadline for interested parties to

12   submit their "Participation Statements" to C&W, C&W

13   engaged with interested parties to discuss and

14   review the potential transaction.

15          Notably, C&W also maintained a listing

16   for the Collateral with RealINSIGHT Marketplace over

17   the course of the marketing period offering a

18   listing that is publicly available to view, and

19   providing broad exposure RealINSIGHT Marketplace, of

20   which approximately 187 unique investors viewed

21   C&W's marketing web page for this auction, and 134

22   successfully executed a confidentiality agreement

23   with C&W, which I will refer to at times as an

24   "NDA".

25          Of those parties executing an NDA,

Auction
June 14, 2022

1   approximately 70 viewed materials on the data site

2   maintained by C&W for this auction as a part of

3   their due diligence on the Collateral.

4          Ultimately, however, none of the

5   interested, potential bidders delivered a signed

6   Participation Statement to C&W (or the Secured

7   Party) before the June 7, 2022 deadline or requested

8   As a result, the Secured Party is the only Qualified

9   Bidder at today's auction.

10          Further, no one from the Debtor requested

11   that access be granted to it nor any representatives

12   of the Debtor for purposes of attending today's

13   auction.

14          Please note that the total amount of

15   indebtedness due and owing to the Secured Party,

16   secured by the Collateral, and which Secured Party

17   is entitled to credit bid under the applicable

18   provisions of the Terms of Sale, Mezzanine Loan

19   Documents and Article 9 of the UCC, has been

20   calculated by the Secured Party to total

21   $140,535,334.53 as of the date of this auction.

22   I will now turn the proceedings over to

23   Jonathan Cuticelli, the auctioneer, who is on

24   location on the front steps of the New York County

25   Supreme Court Building, which is located at 60

Auction
June 14, 2022

1   Centre Street.

2   Jonathan Cuticelli:

3   Good morning.  My name is Jonathan Cuticelli, I am a

4   principal at Racebrook, and I will be conducting

5   today's auction.  My New York City auctioneer number

6   is 1387302-DCA Welcome.  I am conducting this

7   auction on the front steps of the New York County

8   Supreme Court Building, located at 60 Centre Street

9   in New York.

10          For the record, the collateral being bid

11  upon consists of:

12          100% of the limited liability company

13  interests in Union Station Investco LLC, together

14  with certain rights and property representing,

15  relating to, or arising from the Membership

16  Interests.

17          You have all had access to the Sale

18  Notice, Terms of Sale and exhibits appended thereto.

19  As more particularly set forth in the Terms of Sale:

20          The Collateral is being auctioned for sale

21  for cash to the Qualified Bidder posting the highest

22  and best bid.

23          The Collateral will be sold as a single

24  unit, and shall not be divided or sold in separate

25  units.

Auction
June 14, 2022

1        Minimum bidding increments will be

2     $100,000 or such other amount as the Secured Party

3     may announce at the auction.

4           The Secured Party is permitted to bid at

5     the public sale and may credit bid all or any

6     portion of the outstanding balance of the amounts

7     due under the Mezzanine Loan Documents.

8        The Secured Party reserves its right to

9     modify or amend any of the above terms and

10     conditions of the terms and conditions contained in

11     the Terms of Sale at any time before the conclusion

12     of the sale.

13     During the auction, a Qualified Bidder may

14     request a short break to discuss its bid or

15     potential bid in private.  Please announce any such

16     request so that I and the stenographer can hear

17     them.  Does everyone understand the ability to

18     request breaks?

19     With that, we would like to open the bidding.

20     I ask that all participating parties when placing

21     their bid(s) state their name, the Qualified Bidder

22     they represent and then the bid amount clearly for

23     the record.

24     Mr. Rebibo, will you, on behalf of the Secured

25     Party, submit an initial bid for the Membership

Auction
June 14, 2022

1    Interests and related Collateral?

2            MR. REBIBO:  Thank you.  On behalf of the

3    Secured Party I hereby submit a credit-bid in

4    the amount of $140,535.334.53 for the

5    Collateral, including 100 percent of Membership

6    Interests in the Pledged Entity.

7            MR. CUTICELLI:  The Secured Party has

8    submitted an initial bid of $140,535.334.53.

9    Are there any other bids at this time?

10           Again, an initial bid with respect to

11   the Collateral has been made by the Secured

12   Party in the amount of $140,535,334.53.  Again,

13   I'll ask, are there any other bids?

14           Hearing no other bids or no other

15   business to attend to concerning this auction,

16   I declare the highest and best bid made at

17   today's auction to be the Secured Party's

18   initial bid of $140,553,334.53.

19           Accordingly, I hereby declare the

20   winning bid with respect to the Article 9

21   foreclosure sale of the Membership Interests

22   and related Collateral is a credit bit of

23   $140,535,334.53 that was made by Mr. Rebibo on

24   behalf of the Secured Party.

25   It is now 11:30 a.m.(eastern time)  I declare the

1    auction closed.  I request our licensed stenographer

2    to provide a transcript of this auction on an

3    expedited basis.

4    Thank you all for your attendance at today's

5    auction. I would now turn the proceedings over to

6    Secured Party's counsel, Craig Reimer, so he may

7    make some final concluding remarks on the record.

8

9    Concluding Remarks:

10           MR. REIMER:  Thank you, Jonathan.  I note

11        for the record that as of the conclusion of the

12        auction at 11:30 a.m. (eastern) we have not

13        received any notice or indication on Pacer or

14        otherwise from the Debtor or its counsel or the

15        representative that the Debtor has either filed

16        for bankruptcy or obtained a temporary

17        restraining order staying or enjoining today's

18        UCC foreclosure sale of the Collateral to the

19        Secured Party, which has been declared the

20        winning bidder at this auction.

21

22

23

24

25

B. RADOVANOVIC

C E R T I F I C A T E

I, Margaret E. Clark, a Shorthand Reporter and

Notary Public of the State of New York, do hereby

certify:

That the testimony in the within proceeding was

held before me at the aforesaid time and place.

That said witness was duly sworn before the

commencement of the testimony  was taken

stenographically by me, then transcribed under my

supervision, and that the within transcript is a

true record of the testimony of said witness.

I further certify that I am not related to any

of the parties to this action by blood or marriage

that I am not interested directly or indirectly in

the matter in controversy nor am I in the employ of

any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my

hand.

_____

Margaret E. Clark

Auction
June 14, 2022

**Exhibits**

EX 0001 Aucti
on 061422
  10:21
EX 0002 Aucti
on 061422
  12:9
EX 0003 Aucti
on 061422
  12:17
EX 0004 Aucti
on 061422
  13:14
EX 0005 Aucti
on 061422
  13:22

---

**$**

$100
  7:23
$100,000,000
  7:15
$330,000,000
  8:18

---

**1**

1
  10:21 12:1
1-22-cv-01043
  9:9
10
  3:13 12:11
100%
  2:20
11:10
  3:12
12
  10:16 13:7
1221
  3:24
12th
  3:25

13
  10:23 13:20,
  25
14
  3:11 8:13
1933
  9:21

---

**2**

2
  12:9
20002
  8:5
2018
  7:14
2020
  8:23
2021
  10:17
2022
  3:11 8:13
  10:23 12:13
  13:4,6,7,8,
  21,25

---

**3**

3
  12:17 13:3

---

**4**

4
  13:14
40-50
  8:4

---

**5**

5
  13:22

---

**6**

6
  13:6
60
  3:17

---

**7**

7
  12:13,15

---

**8**

8
  3:8 7:14

---

**9**

9
  2:17 7:12
  9:3,24 11:4
  13:8
9-610
  3:20
9-611
  11:2 13:16
9-613
  11:2 13:17

---

**A**

a.m.
  3:12
accelerated
  8:23
acceleration
  10:16,18,19
accordance
  3:13 10:9
accrued
  7:19 8:25
accruing
  7:19 8:25

Act
  9:21,22
  10:1,9
action
  6:1
actual
  10:24 12:14
  13:17,19
addition
  13:24
Additional
  6:17
Additionally
  3:19 4:21
  7:3 12:11
  13:16
advertised
  12:20 13:1
advertisement
s
  13:24
affidavits
  13:11
agent
  5:25 6:11
agreement
  3:14 7:13
  10:15 12:12
Alert
  13:3
amended
  9:21
Americas
  3:25
amount
  7:14 8:17
amounts
  7:20
Amtrak
  8:9,11,12
Amtrak's
  9:7
anyone
  4:7 5:17
appended
  11:13 12:1,8

Auction
June 14, 2022

applicable
  7:22 10:1,10
approximately
  3:12
April
  8:13
arise
  3:1
arranged
  12:21
Article
  2:17 7:12
  9:3,24 11:4
As-published
  12:24,25
  13:10,18
assembly
  4:3
assets
  8:1
assigned
  10:7
associate
  6:23
Attached
  11:7
attachments
  13:21
attendance
  4:4 6:18
attending
  3:21 4:9,12
  6:6,13,19,25
auction
  3:15,22 4:4,
  6,12,19 5:3,
  8,12,13,16
  6:3,6,13,25
  7:8,10 9:2,
  23 10:22
  11:12 12:10,
  15,18,19
  13:15
auctioneer
  7:1
authorized
  5:25

available
  4:5 10:12
Avenue
  3:24 8:5

_____

B

Bank
  3:7
bankruptcy
  4:20,24,25
basis
  9:12
beginning
  13:6
behalf
  5:15 6:1,19
bid
  5:15
bidder
  5:3,8,11
  11:23
bidders
  5:1,6 10:3,5
  11:18
borrower
  4:14 8:16
Brown
  2:10,11 3:6,
  23 6:22
Building
  3:17

_____

C

C&w
  6:10,13,15,
  16 11:20
  12:21
call
  2:4
capacities
  6:7
Case
  9:8

cases
  4:24
Centre
  3:17
certain
  2:25 7:24
  8:10
certificates
  13:11
Chairman
  6:14
checked
  4:22
Chris
  2:14 6:15
Clark
  7:3
Code
  2:18
collateral
  3:4 7:25
  9:4,10,15,16
  11:3,23 12:2
collectively
  3:3 12:23
  13:13
Columbia
  8:5,14
Commercial
  2:18 13:3
commonly
  8:3
company
  2:20,24 4:15
competent
  4:18
complete
  11:8,20 12:2
compliance
  3:19
Concepts
  7:2
concluding
  13:6
conducted
  9:23

conference
  2:4 3:22 4:9
confirm
  10:3
consecutive
  13:5
contains
  11:15 12:3
continuation
  10:13
copies
  11:8 13:10,
  17
copy
  10:19 12:6,
  13,15
Corporation
  8:8
costs
  7:19 9:1
counsel
  3:7,23
County
  3:16
court
  3:17 4:18,23
  8:13,15 9:8
courthouse
  4:7
covers
  4:23
COVID-19
  4:2
Craig
  3:5
CRE
  3:8
Cushman
  2:9,14 6:9
Cuticelli
  7:1

_____

D

date
  3:11

Auction
June 14, 2022

dated
  7:13 10:16,
  23 13:20
dates
  12:22 13:2
Dave
  2:9,10 6:14
David
  6:22
days
  13:6
Debt
  3:8
debtor
  4:16,25 7:15
  9:5 10:17
  11:1 12:14
Debtors
  13:19
declaration
  8:10
default
  8:22,25
  10:14,16,18,
  19,25
defined
  11:15
Delaware
  2:23 4:15
delivered
  10:15
Dennis
  2:11 6:23
describes
  12:1
description
  12:4
designated
  5:2,4,7,9,
  14,21 6:2
director
  6:16
disposed
  10:7
disposition
  9:3,6 11:3

district
  8:5,13,14,15
  9:8
dockets
  4:23
document
  11:22
documenting
  3:14
documents
  7:22 11:8
  12:5
Dorros
  2:9 6:14
due
  8:18,24

                E

e-teaser
  13:25
eastern
  3:12
edition
  13:9
either
  4:17
enacted
  2:18
enjoining
  4:18
entirety
  8:24
entitled
  5:15 7:21
  11:1 12:14
  13:19
Entity
  2:25 7:24
  8:16
Entity's
  8:1
event
  10:16
events
  10:14

exemption
  10:11
exercise
  10:25
Exhibit
  10:21 11:15,
  17,21,24
  12:3,9,17
  13:14,22
exhibits
  7:6 11:13
  12:8
expenses
  7:20 9:1
express
  9:13

                F

faces
  2:5
Faults
  9:12
Federal
  4:23
fees
  7:19 9:1
filed
  4:19,25
  8:11,12
find
  4:24
firm
  3:6
first
  6:8 8:19
  11:9
five
  11:13
floor
  3:25
folks
  6:5,9
following
  10:13 11:8
  13:1,2

foreclosure
  6:12 7:11
  11:3,6,7
  12:6
form
  11:17,21,24
front
  3:16
full
  11:8
fully
  8:23
Fund
  3:8


                G

going
  2:8
Good
  2:16 5:23
guarantee
  9:12


                H

held
  3:15
hypothecated
  10:8


                I

identify
  6:5
implied
  9:13
include
  6:18
including
  4:6,23 7:18
  9:4,14 11:14
  12:7
incurred
  7:20

Auction
June 14, 2022

indication
    4:24
intent
    10:24
interest
    2:21 8:2,6,
    7,20,25 9:6
    10:6
interested
    11:18
interests
    2:22 3:2,4,
    15 7:19,23
    9:4,19
introduce
    5:22 6:8
Investco
    2:23
investment
    3:8
items
    7:10

_____

            J

Jonathan
    7:1
Joshua
    2:12 6:20
June
    3:11 12:13,
    15 13:3,6,7,
    8,20
jurisdiction
    4:18
jurisdictions
    10:11

_____

            K

keep
    2:2
Khakshoor
    2:12 6:20
known
    8:3

Kookmin
    3:7
Korean
    3:8
KTB
    3:8

_____

            L

latest
    2:3
law
    3:6 7:22
    10:1
laws
    10:10
leasehold
    8:2,6,7,20
    9:6
Legal
    7:4
letter
    10:23 13:20,
    21
liability
    2:20,23 4:15
licensed
    4:11 6:25
    7:4
limitations
    4:3
limited
    2:20,23 4:15
litigation
    9:8
LLC
    2:23 4:15
LLP
    3:6,23
loan
    7:13,17,18,
    22 8:17,21,
    22 10:14
    12:5
located
    3:17,24 8:4

            M

made
    4:5,10 7:8
    9:17 10:21
    12:9,17
    13:13,14,23
maintain
    5:13
makes
    9:12
making
    7:6
managing
    5:24 6:15
Margaret
    2:5 7:3
marked
    10:21 12:9,
    16 13:22
marketing
    6:11 7:2
marking
    7:5
Massachusetts
    8:4
Massimi
    2:11 6:23
matter
    9:14
Mayor
    2:10,11 3:6,
    23 6:22
Mcglone
    2:14 6:15
Member
    4:14
membership
    2:22 3:2,4,
    15 7:23 9:4,
    19 10:6
Memorandum
    11:21
mezzanine
    7:13,16,18
    10:14 12:4

Michael
    2:13 6:4
Mike
    5:24
mind
    2:2
morning
    2:16 5:23
mortgage
    8:19,21,22
    12:4 13:3
multiple
    12:22
mute
    5:17

_____

            N

name
    3:5 5:3,8,
    18,23
names
    2:5
National
    8:8
NE
    8:5
needed
    9:20
note
    6:24
notice
    7:10 10:15,
    18,20,24
    11:2,6,7,9,
    10 12:6,7,
    13,15,21
    13:1,20,25
Noticed"
    12:24
notices
    12:23 13:10,
    18
notification
    4:17
November
    10:16

_____

Auction
June 14, 2022

Nulo
  7:16

## O

observational
  6:6
observers
  5:17
obtained
  4:17
occurrence
  10:13
offered
  9:11
offices
  3:22
official
  7:7
ongoing
  4:2
online
  4:4
option
  3:21
order
  4:17 5:13
orderly
  5:13
original
  7:14 8:17
owing
  8:24
owned
  9:5
ownership
  8:2

## P

Pacer
  4:22,25
pandemic
  4:2
part
  7:6 10:21

12:9,17
13:13,14,23
participate
  5:2,7
participating
  4:7
Participation
  10:3 11:18
particular
  12:25
parties
  3:20 11:1
12:14 13:19
partner
  6:23
Party
  3:10 5:12,
  15,16,21
  6:1,2,18,20
  7:13,16,20
  9:12,18
  10:2,15,24
  11:19 12:12,
  20
Party's
  3:23 4:14
  6:11
Passenger
  8:8
Payment
  7:18
pending
  9:8
percent
  7:23
pertaining
  9:1,14
pertains
  9:2
please
  5:18
pledge
  3:14 7:23
  12:12
pledged
  2:24 7:24
  8:1,16 10:7

pop
  2:6
Post
  13:8
preparing
  7:7
president
  6:21
principle
  5:24 7:14
  8:1,17
prior
  4:21 10:8
priority
  8:19
private
  9:25
proceeding
  4:19
proceedings
  4:6,22
property
  3:1 8:3
prospective
  10:3,5
provided
  3:21 5:4,9
  10:5,20,24
  12:8,12,16
  13:12,18,22
public
  4:3 7:11
  9:24 11:3,9,
  11
publication
  13:12
publications
  12:22 13:1
published
  12:22
purposes
  9:25
pursuant
  7:12 8:10
  9:7 11:1,25
  12:11 13:16,
  20

put
  2:5

## Q

qualified
  3:20 5:1,3,
  6,8,11

## R

Racebrook
  7:1
Railroad
  8:8
real
  8:3
Rebibo
  2:13 5:23,24
received
  4:13
recognition
  4:1
record
  4:10,13 5:19
  6:24 7:6,7
  10:22 12:10,
  17 13:13,14,
  23
recorded
  4:9
recourse
  9:17
recover
  7:21
refer
  2:19,21,24
  3:3,9 4:16
  6:10 7:16
  8:6,9,11,14,
  20 9:20,22
  10:17 11:5,
  10,12 12:23
registration
  10:9,12
Reimer
  2:1,16 3:5

Auction
June 14, 2022

6:4
**related**
  4:2 7:25
  13:11
**relating**
  3:1
**relevant**
  12:4
**remain**
  5:17
**remains**
  9:7
**remedies**
  10:25
**representatio
n**
  9:13,17
**representativ
e**
  5:4,9,14,21
  6:3,17
**representativ
es**
  5:2,7,16
**representing**
  3:1
**required**
  10:2,4 11:19
**reservation**
  11:4
**respect**
  6:12
**Rexmark**
  2:12,13 5:25
  6:19,21
**rights**
  2:25 11:5
**roll**
  2:3
**room**
  2:4 3:22 4:9
**run**
  7:9

_____

**S**

_____

**sale**
  2:17 6:11,12
  7:11 9:5,16,
  24,25 10:4
  11:4,9,10,
  11,13,16,20,
  22 12:7,13,
  21,24,25
  13:10,18,25
**Schedule**
  12:1
**Second**
  10:2 11:11
**Section**
  3:13,20
  11:25 12:11
  13:16
**Sections**
  11:2
**secured**
  3:10,23 4:14
  5:12,14,15,
  21 6:1,2,11,
  18,20 7:12,
  15,20,22
  8:19 9:12,18
  10:15,23
  11:19 12:12,
  20
**securities**
  9:20,21,22,
  25 10:1,9,10
**sending**
  10:25
**senior**
  6:20
**serving**
  6:10
**seven**
  13:5
**several**
  12:22
**signal**
  5:18

**single**
  9:10
**snap**
  2:3
**sold**
  9:10 10:7
**Sole**
  4:14
**speak**
  5:18
**start**
  4:21
**state**
  2:19 5:18
**Statement**
  10:4 11:18,
  25
**statements**
  4:10
**States**
  8:13
**Station**
  2:22 4:14
  8:4
**stenographer**
  4:11 5:5,10
  7:4 10:20
  12:9,16
  13:12,22
**steps**
  3:16 4:7
**Stewart**
  6:22
**Street**
  3:18
**Stuart**
  2:10
**subject**
  9:7
**submit**
  11:20
**successful**
  11:23
**suggesting**
  2:2
**summary**
  12:3

**Support**
  7:5
**Supreme**
  3:17
**system**
  4:22

_____

**T**

_____

**taking**
  8:11,12,18
  9:7
**terms**
  7:21 10:4
  11:11,12,16,
  20 12:7
**Thank**
  6:4
**thereto**
  9:1 11:13
  12:1,8
**things**
  2:6
**third**
  13:20
**thought**
  2:7
**time**
  3:3,12 5:20
**times**
  3:9 4:16
  8:12,15,20
  11:5 13:5
**Title**
  8:7
**today's**
  3:11 4:22
  5:11,16 6:3,
  6,13 7:8 9:2
  10:22 12:10,
  17,19 13:14,
  23
**transcribed**
  4:11
**transcript**
  7:7

Auction
June 14, 2022

**Transfer**
 11:24
**transferred**
 10:8
**trust**
 3:9
**trustee**
 3:7

---

**U**

---

**U.S.**
 7:4
**UCC**
 2:20 3:20
 7:12 9:3,24
 11:2,4,9,25
 13:17
**Uniform**
 2:18
**Union**
 2:22 4:14
 8:3
**unit**
 9:11
**United**
 8:13
**unregistered**
 9:19

---

**V**

---

**vested**
 8:7
**vice**
 6:14,20
**video**
 2:1
**videoconferen**
**ce**
 4:5,8,12
**virtual**
 4:3
**virtually**
 4:8

---

**W**

---

**Wakefield**
 2:9,14 6:9
**want**
 2:16 6:24
**warranty**
 9:13,18
**Washington**
 8:3,5 13:8
**widely**
 12:19

---

**Y**

---

**York**
 2:19 3:16,
 18,25 13:5