UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOOKMIN BANK CO., LTD., in its capacity as Trustee of KTB CRE DEBT FUND NO. 8, a Korean Investment Trust, by its agent in Korea DAOL FUND MANAGEMENT CO., and by its Agent in the United States, REXMARK HOLDINGS LLC d/b/a REXMARK,<br><br>      Plaintiffs,<br><br> v.<br><br>BEN ASHKENAZY,<br><br>      Defendant. | Case No. 1:22-cv-05802 (GHW)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of Court and All Parties of Record:

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs DAOL REXMARK UNION STATION LLC and KOOKMIN BANK CO., LTD., in its capacity as trustee of KTB CRE DEBT FUND NO. 8, a Korean Investment Trust, by its agent in Korea DAOL FUND MANAGEMENT CO. and by its agent in United States REXMARK HOLDINGS LLC d/b/a REXMARK.

Dated: New York, New York
   January 4, 2023

                 MORRISON COHEN, LLP

                 By: */s/ Richard Hong*
                    Richard Hong
                    909 Third Avenue
                    New York, New York 10022
                    (212) 735-8600
                    rhong@morrisoncohen.com

                    Attorneys for Plaintiffs KOOKMIN BANK CO., LTD., in its capacity as Trustee of KTB CRE DEBT FUND NO. 8, a Korean Investment Trust, by its agent in Korea DAOL FUND MANAGEMENT CO., and by its Agent in the United States, REXMARK HOLDINGS LLC d/b/a REXMARK

#11810945 v1 \029938 \0002