# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  | NEW YORK, NEW YORK 10019 | HOUSTON |
| DAVID E. ROSS | (212) 506-1700 | LOS ANGELES |
| DIRECT DIAL: (212) 506-1748 |  | MIAMI |
| DIRECT FAX: (212) 835-5048 | FAX: (212) 506-1800 | NEWARK |
| DRoss@kasowitz.com |  | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

August 5, 2024

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024

**MEMORANDUM ENDORSED**

Re:   *Kookmin Bank Co., Ltd. v. Ben Ashkenazy*, Case No. 1:22-cv-05802-GHW

Dear Judge Woods:

  We represent Defendant Ben Ashkenazy in the above-referenced action and write to ask the Court to reschedule the discovery dispute conference now scheduled for August 8, 2024 at 2:00 p.m. Mr. Ashkenazy's attorneys are not available at the time that is currently scheduled. We have consulted with Plaintiffs' counsel and all parties are available at any time on August 14, 2024 and in the afternoon of August 15, 2024.

           Respectfully,

           */s/ David E. Ross*

           David E. Ross

cc: All Counsel of Record (By ECF)

Application granted. Defendant's August 5, 2024 request to adjourn the discovery dispute conference, Dkt. No. 72, is granted. The conference scheduled for August 8, 2024 is adjourned to August 15, 2024 at 2:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 72.

SO ORDERED.
Dated: August 5, 2024

           _____
           GREGORY H. WOODS
           United States District Judge