```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                       :
KOOKMIN BANK CO., LTD.,                :
                                                                       :
                               Plaintiff,    :           1:22-cv-5802-GHW
                                                                         :
                          -v-                       :                  <u>ORDER</u>
                                                                         :
BEN ASHKENAZY,                           :
                                                                         :
                                           Defendant.   :
                                                                         :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court will hold a conference with respect to Plaintiff's motion to compel, Dkt. No. 76, and the related motions to seal portions of the parties' submissions made in connection with the motion to compel, Dkt. Nos. 81, 85, by telephone on October 4, 2024 at 1:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

       SO ORDERED.

Dated: September 27, 2024
       New York, New York

                                                         _____
                                                                 GREGORY H. WOODS
                                                       United States District Judge