# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| David E. Ross<br>Direct Dial: (212) 506-1748<br>Direct Fax: (212) 835-5048<br>DRoss@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

September 30, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2024
```

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

Re:   *Kookmin Bank Co., Ltd. v. Ben Ashkenazy*, Case No. 1:22-cv-05802-GHW

Dear Judge Woods:

We represent Defendant Ben Ashkenazy in the above-referenced action. Due to counsels' unavailability for the discovery dispute conference the Court recently scheduled for Friday, October 4 at 1:00 p.m., we request that the Court reschedule the conference for a time convenient for the Court one week hence on Friday, October 11, if that date is workable for the Court. That date is agreeable to counsel for plaintiffs.

Respectfully,

/s/ David E. Ross

David E. Ross

cc: All Counsel of Record (By ECF)

---

Application granted. Defendant's request to adjourn the conference scheduled to take place on October 4, 2024, Dkt. No. 89, is granted. The conference scheduled for October 4, 2024 is adjourned to October 11, 2024 at 4:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 89.

SO ORDERED.
Dated: September 30, 2024

_____
GREGORY H. WOODS
United States District Judge