# KASOWITZ BENSON TORRES LLP

<table>
<tr><td>DAVID E. ROSS<br>DIRECT DIAL: (212) 506-1748<br>DIRECT FAX: (212) 835-5048<br>DRoss@kasowitz.com</td><td>1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800</td><td>ATLANTA<br>HOUSTON<br>LOS ANGELES<br>MIAMI<br>NEWARK<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON DC</td></tr>
</table>

April 10, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/25
```

**VIA ECF**                                                                                                       **MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    *Kookmin Bank Co. Ltd. v. Ben Ashkenazy*, No. 1:22-cv-05802-GHW (S.D.N.Y.)

Dear Judge Woods:

      We represent Defendant Ben Ashkenazy, and write to respectfully request that the Court reschedule the discovery dispute conference now scheduled for April 16, 2025 at 3:00 pm (ECF No. 99) due to the Passover holiday and Mr. Ashkenazy's counsel's related travel abroad. Plaintiff's counsel consents to the requested adjournment. The parties have conferred, and are available during the week of April 21, 2025. We thank the Court for its consideration of this request.

      Respectfully,

      */s/ David E. Ross*

      David E. Ross

cc: All Counsel of Record (By ECF)

---

Application granted.  Mr. Ashkenazy's April 10, 2025 request to adjourn the discovery conference scheduled for April 16, 2025, Dkt. No. 100, is granted.  The discovery conference scheduled for April 16, 2025 at 3:00 p.m. is adjourned to April 22, 2025 at 4:00 p.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 100.

SO ORDERED.

Dated:  April 10, 2025
New York, New York

              GREGORY H. WOODS
              United States District Judge