```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                        :

KOOKMIN BANK CO., LTD.,                  :

                              Plaintiff,   :         1:22-cv-5802-GHW

                     -v-                   :         <u>ORDER</u>

BEN ASHKENAZY,                      :

                             Defendant.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the conference held on April 22, 2025, Plaintiff's April 9, 2025 application to compel the production of additional discovery responses, Dkt. No. 99, is denied without prejudice.

    SO ORDERED.

Dated: April 22, 2025
       New York, New York

                                                                       GREGORY H. WOODS
                                                        United States District Judge