# KASOWITZ BENSON TORRES LLP

<table>
<tr><td>David E. Ross<br>Direct Dial: (212) 506-1748<br>Direct Fax: (212) 835-5048<br>DRoss@kasowitz.com</td><td align="center">1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800</td><td>Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC</td></tr>
</table>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/3/2025
```

## MEMORANDUM ENDORSED

June 2, 2025

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Kookmin Bank Co., Ltd. v. Ben Ashkenazy, No. 1:22-cv-05802-GHW (S.D.N.Y)

Dear Judge Woods:

    We represent Defendant Ben Ashkenazy. We write to request that the Court reschedule the discovery dispute conference now scheduled for June 5, 2025 at 4:00 p.m. (ECF No. 109) due to counsels' unavailability at that time. The parties have conferred, and are available on June 6, 2025 before 4:00 p.m., if that date and time are workable for the Court. We thank the Court for its consideration of this request.

Respectfully,

*/s/ David E. Ross*

David E. Ross

cc: All Counsel of Record (By ECF)

---

Application granted in part. The telephonic conference scheduled for June 5, 2025 will instead take place on June 10, 2025 at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 109.

SO ORDERED.
Dated: June 3, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge